UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA S. ABEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C10-5810-MAT<br><br>ORDER TO SHOW CAUSE FOR<br>FAILURE TO PROSECUTE |

Plaintiff's complaint was filed with the Court on November 5, 2011. (Dkt. 1)  The Clerk's docket notation indicates that summonses permitting effective service of process were also issued on November 16, 2010.   Since that date, however, a total of 126 days have elapsed, and there has been no docket activity indicating either that the complaint has been served on defendant, or that this matter has been voluntarily withdrawn by plaintiff.

Therefore, it is ORDERED that plaintiff SHOW CAUSE, within fourteen (14) days of the filing of this Order, why this matter should not be dismissed without prejudice for failure to prosecute, pursuant to Fed.R.Civ.P. 4(m).

DATED this 22nd day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR
FAILURE TO PROSECUTE
PAGE -1