UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RHONDA S. ABEL,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. C10-5810-MAT<br><br><br><br>ORDER |

Plaintiff has filed responses (Dkts. 13 and 14) to the Court's Order to Show Cause (Dkt. 10). Plaintiff also filed a declaration of service (Dkt. 15), which shows that defendant was served by delivery of a copy of the summons and complaint on the U.S. Attorney's Office for the Western District of Washington. As a consequence, plaintiff's response to the Order to Show Cause is deemed to be satisfied and no further response is required. Defendant's answer will be due within 60 days from the date of service of summons. *See* CR 4(i)(1)(A)(i).

In addition, plaintiff's responses were filed as motions. However, neither document conforms with the Local Rules for properly-styled motions, and it does not appear that plaintiff intended either document be treated as a motion before the Court. For these reasons, both

motions are STRICKEN from the Court's motion calendar.

DATED this 8th day of April, 2011.

Mary Alice Theiler
United States Magistrate Judge