UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RHONDA S. ABEL, | ) |
| | ) CASE NO. C10-5810-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER DIRECTING DEFENDANT |
| MICHAEL J. ASTRUE, Commissioner of | ) TO FILE RESPONSE TO |
| Social Security Administration | ) PLAINTIFF'S MOTION FOR |
| | ) EXTENSION OF TIME |
| Defendant. | ) |
| _____ | ) |

On June 27, 2011, plaintiff filed a motion for extension of the briefing schedule. (Dkt. 23) Plaintiff states that she had not received defendant's statement of non-opposition to the motion prior to its filing, but filed the motion as an agreed motion anyway.[1] The Court will not consider granting plaintiff's motion until defendant has indicated his non-opposition. Consequently, defendant is directed to file within six days a statement indicating whether or not the Commissioner has any objections to a renoting of the briefing schedule. Plaintiff requests a new opening brief deadline of July 13, 2011, which would mean that the new deadline for

---

[1] Plaintiff assigned the date of filing, June 27, 2011, as the noting date for the motion. This noting date can only be assigned for agreed motions. In the future, any motions filed with an improper noting date will be stricken without prejudice to refile a corrected motion.

ORDER DIRECTING DEFENDANT TO FILE RESPONSE
TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME
PAGE -1

defendant's responsive brief would be August 10, 2011. Defendant's statement to the court shall address whether the Commissioner has any objection to this schedule.

DATED this 29th day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge