Honorable Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| RHONDA S. ABEL, | ) | |
| Plaintiff, | ) | CASE NO: C10-5810-MAT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | **~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF** |
| Defendant. | ) | |

This matter came on regularly before the Honorable Mary Alice Theiler, in open court on June 27th, 2011. The Plaintiff, Rhonda S. Abel, appeared by her counsel, Robert Allen, of George M. Riecan & Associates, Inc. P.S. The Court reviewed the Motion of Plaintiff including the attached affidavit of counsel Robert Allen, requesting an extension of fourteen (14) additional days in which to file her opening brief in this matter.

Now, therefore, considering the motion and the affidavit before it, this Court hereby grants the Motion for an Extension of Time filed by the Plaintiff on June 27, 2011. Plaintiff Abel now has until <u>July 13, 2011</u> to submit her opening brief to the Court. Defendant's Answering Brief will be due by <u>August 10, 2011</u>, and plaintiff's optional reply will be due by August 24, 2011.

*&*

**~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME - 1**

**GEORGE M. RIECAN & ASSOCIATES, INC. P.S.**
A Professional Services Corporation
Attorneys at Law
3848 S. Junett Street
P. O. Box 1113
Tacoma, WA 98401
(253) 472-8566/Fax/(253) 475-1221

//

DATED this 7th day of July, 2011.

 

_Mary Alice Theiler_ (signature)
Mary Alice Theiler
United States Magistrate Judge

**~~PROPOSED~~ ORDER GRANTING
PLAINTIFF'S REQUEST FOR
EXTENSION OF TIME - 2**

**GEORGE M. RIECAN
& ASSOCIATES, INC. P.S.**
A Professional Services Corporation
Attorneys at Law
3848 S. Junett Street
P. O. Box 1113
Tacoma, WA 98401
(253) 472-8566/Fax/(253) 475-1221